IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MARCUS DONTEA MONCHERY, | ) | |
| | ) | Civil Action No. 7:23cv00430 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| J. DEAN, *et al.*, | ) | By:  Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Marcus Dontea Monchery, proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing orders entered July 17 and August 2, 2023, the court advised Monchery that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF Nos. 5 & 10.) The court further advised Monchery that failure to provide an updated address would result in dismissal of this action. (*Id.*)

On November 14 and 16, 2023, an order and a notice mailed to Monchery were returned to the court as undeliverable, indicating that Monchery is no longer incarcerated at the Northwestern Regional Adult Detention Center, and with no forwarding address. (*See* ECF Nos. 27 & 28.) To date, Monchery has not provided the court with an updated address as required by the court's July 17 and August 2, 2023 orders. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's orders. The court notes that this dismissal is without prejudice to Monchery's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to counsel for the defendants and to Monchery at his last known address.

**ENTERED** this 4th day of December, 2023.

/s/ Thomas T. Cullen
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE